1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DC3 ENTERTAINMENT, LLC, a Washington limited liability company, | |
| Plaintiff and Counterclaim Defendant, | CASE NO. C04-2374C |
| v. | MINUTE ORDER |
| JOHN GALT ENTERTAINMENT, INC., a California corporation; DAVID KERSHENBAUM and TIMMI DEROSA KERSHENBAUM, husband and wife and the marital community composed thereof, | |
| Defendants and Counterclaim Plaintiffs. | |
| JOHN GALT ENTERTAINMENT, INC., a California corporation; DAVID KERSHENBAUM and TIMMI DEROSA KERSHENBAUM, husband and wife and the marital community composed thereof, | |
| Third-Party Plaintiffs, | |
| v. | |
| JONATHAN PHELPS and ESTHER PHELPS, husband and wife and the marital community composed thereof, | |
| Third-Party Defendants. | |

MINUTE ORDER – 1

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the following four motions and all the responses and replies thereto: (1) Plaintiff's and Third-Party Defendants' Motion to Extend Discovery and To Take Additional Depositions (Dkt. No. 133); (2) Plaintiff's and Third-Party Defendants' Third Motion to Compel Discovery from Defendants (Dkt. No. 139); (3) Plaintiff's and Third-Party Defendants' Fourth Motion to Compel Discovery (Dkt. No. 136); and (4) Plaintiff's and Third-Party Defendants' Fifth Motion to Compel Discovery from Defendants (Dkt. No. 202).

The Court hereby DENIES the motions in their entireties.  Further, as previously stated by this Court, the parties are advised to review the subject matter of these motions and consider carefully whether their respective positions are consistent with the Federal Rules of Civil Procedure, particularly Rules 26(g) and 37(c), and if not, the parties are directed to conform their disclosures, responses, answers, admissions, and overall conduct to those Rules.  For an additional refresher on their obligations to each other, the parties are advised to carefully review Rule 26 as a whole and all of this Court's prior discovery-related Orders, including the December 20, 2004 Order regarding discovery and depositions (Dkt. No. 7).  The Court trusts that the parties will comply fully with their respective obligations from this point forward and work out discovery disputes among themselves.

DATED this 13th day of December, 2005.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
    Deputy Clerk

MINUTE ORDER – 2