UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DC3 ENTERTAINMENT, LLC, a Washington limited liability company,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>JOHN GALT ENTERTAINMENT, INC., a California corporation; DAVID KERSHENBAUM and TIMMI DEROSA KERSHENBAUM, husband and wife and the marital community composed thereof,<br><br>    Defendants and Counterclaim Plaintiffs.<br>_____<br>JOHN GALT ENTERTAINMENT, INC., a California corporation; DAVID KERSHENBAUM and TIMMI DEROSA KERSHENBAUM, husband and wife and the marital community composed thereof,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>JONATHAN PHELPS and ESTHER PHELPS, husband and wife and the marital community composed thereof,<br><br>    Third-Party Defendants. | CASE NO. C04-2374C<br><br>MINUTE ORDER |

ORDER – 1

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's and Third-Party Defendants' Motion for a Judicial Settlement Conference (Dkt. No. 260), Defendants' Opposition (Dkt. No. 263), and Plaintiff's and Third-Party Defendants' Reply (Dkt. No. 264). The Court declines to appoint a settlement judge in this matter. Accordingly, the motion is DENIED.

DATED this 1st day of June, 2006

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
         Deputy Clerk

ORDER – 2