UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DC3 ENTERTAINMENT, LLC, a Washington limited liability company,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>JOHN GALT ENTERTAINMENT, INC., a California corporation; DAVID KERSHENBAUM and TIMMI DEROSA KERSHENBAUM, husband and wife and the marital community composed thereof,<br><br>    Defendants and Counterclaim Plaintiffs.<br>_____<br>JOHN GALT ENTERTAINMENT, INC., a California corporation; DAVID KERSHENBAUM and TIMMI DEROSA KERSHENBAUM, husband and wife and the marital community composed thereof,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>JONATHAN PHELPS and ESTHER PHELPS, husband and wife and the marital community composed thereof,<br><br>    Third-Party Defendants. | CASE NO. C04-2374C<br><br>MINUTE ORDER |

MINUTE ORDER – 1

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's and Third-Party Defendants' four motions in limine (Dkt. Nos. 280, 282, 287, 289).

Motion in Limine #1 (Dkt. No. 280) is DENIED. The witnesses may testify.

Motion in Limine #2 (Dkt. No. 282), Motion in Limine #3 (Dkt. No. 287), and Motion in Limine #4 (Dkt. No. 289) are DENIED WITHOUT PREJUDICE. The Court will consider objections to this evidence as it is offered during the course of the trial.

DATED this 31st day of July, 2006.

BRUCE RIFKIN, Clerk of Court

By  /s/ C. Ledesma
    Deputy Clerk

MINUTE ORDER – 2