UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DC3 ENTERTAINMENT, LLC, a Washington Limited Liability Company, | |
| Plaintiff and Counterclaim Defendant, | Case No. C04-2374C |
| v. | TAXATION OF COSTS |
| JOHN GALT ENTERTAINMENT, INC., a California corporation; DAVID KERSHENBAUM and TIMMI DEROSA KERSHENBAUM, husband and wife and the marital community composed thereof, | |
| Defendants and Counterclaim Plaintiffs | |
| JOHN GALT ENTERTAINMENT, INC., a California corporation; DAVID KERSHENBAUM and TIMMI DEROSA KERSHENBAUM, husband and wife and the marital community composed thereof, | |
| Third-Pary Plaintiffs, | |
| .      v. | |
| JONATHAN PHELPS and ESTHER PHELPS, husband and wife and the marital community composed thereof, | |
| Third-Party Defendants | |

Costs in the above-entitled cause are hereby taxed against DEFENDANTS JOHN GALT ENTERTAINMENT, INC., DAVID KERSHENBAUM and TIMMI DEROSA KERSHINBAUM and

TAXATION OF COSTS -- 1

on behalf of PLAINTIFF DC3 ENTERTAINMENT and THIRD-PARTY DEFENDANTS JONATHAN and ESTHER PHELPS in the unopposed amount of $58,061.72.

Entered this ___18th___ day of SEPTEMBER , 2006 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2